IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SHAQUINDA WILSON,<br><br>    Plaintiff,<br><br>v.<br><br>FIRST ADVANTAGE BACKGROUND CHECK,<br><br>    Defendant. | Civil Action No. 1:26-cv-01636-SDG-JHR |

**PLAINTIFF'S UNOPPOSED MOTION TO SUBSTITUTE LOCAL COUNSEL**

Plaintiff Shaquinda Wilson ("Plaintiff"), by and through undersigned counsel, files this Unopposed Motion to Substitute Local Counsel pursuant to LR 83.1(B)(4) and LR 83.1(E), NDGA., and respectfully requests the withdrawal of Lynn McKeel of FCRA ATTORNEYS as local counsel and the substitution of Shawn Jaffer of FCRA ATTORNEYS as local counsel of record. In support of this Motion, Plaintiff shows the Court the following:

Page **1** of **4**

1. Lynn McKeel of FCRA ATTORNEYS currently serves as local counsel for Plaintiff in this action. Ms. McKeel's address is FCRA ATTORNEYS, 12600 Deerfield Pkwy, Suite 100, Alpharetta, GA 30004.

2. Lynn McKeel is no longer with FCRA ATTORNEYS and is therefore unable to continue serving as local counsel in this matter.

3. Shawn Jaffer of FCRA ATTORNEYS is a member in good standing of the State Bar of Georgia and the bar of the United States District Court for the Northern District of Georgia and maintains an office in this district at 12600 Deerfield Pkwy, Suite 100, Alpharetta, GA 30004, satisfying the requirements of LR 83.1(B)(4), NDGA.

4. Shawn Jaffer consents to serve as local counsel for Plaintiff in this action and will assume all duties and responsibilities of local counsel as set forth in LR 83.1(B)(4), NDGA., including authorizing and signing all pleadings and other papers filed in this case by attorneys appearing pro hac vice, and serving as a point of contact for opposing counsel and the Court.

5. This Motion is not sought for delay, but to ensure that Plaintiff continues to have qualified local counsel who satisfies the requirements of LR 83.1(B)(4), NDGA.

6.     Undersigned counsel has conferred with counsel for Defendant, and Defendant is unopposed to the relief requested in this Motion.

**WHEREFORE**, Plaintiff respectfully requests that this Court enter an Order:

(a)     Granting the withdrawal of Lynn McKeel of FCRA ATTORNEYS as local counsel for Plaintiff;

(b)     Substituting Shawn Jaffer of FCRA ATTORNEYS as local counsel for Plaintiff pursuant to LR 83.1(B)(4), NDGA.; and

(c)     Granting Plaintiff such other and further relief to which Plaintiff may be entitled.

Dated: April 27, 2026                                    Respectfully submitted,

**FCRA Attorneys PLLC**

*/s/ Shawn Jaffer*
Shawn Jaffer
FCRA Attorneys
12600 Deerfield Pkwy, Ste. 100
Alpharetta, GA 30004
Tel: (214) 210-9910
Fax: (469) 669-0786
ecf@jaffer.com

*Local Counsel for Plaintiff*

## CERTIFICATE OF CONFERENCE

I hereby certify that on April 27, 2026 I conferred with counsel for Defendant, and counsel is unopposed to the relief requested by this Motion.

*/s/ Shawn Jaffer*
Shawn Jaffer

## CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2026 I electronically filed the foregoing Plaintiff's Unopposed Motion to Substitute Local Counsel with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Shawn Jaffer*
Shawn Jaffer
*Local Counsel for Plaintiff*